

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2020

No. 04-20-00569-CV

**CITY OF SAN ANTONIO BY AND THROUGH THE SAN ANTONIO WATER SYSTEM,**
Appellant

v.

**CAMPBELLTON ROAD, LTD.,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13949
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's first motion for an extension of time to file its brief is GRANTED. Appellant's brief is due on or before **January 27, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court